Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: anewdelman@adnlaw.net

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | ) In Proceedings Under |
| | ) Chapter 11 |
| TREVER LEONARD SIU and | ) |
| SHEILA RAO | ) Case No. 2:15-bk-10857 MCW |
| | ) |
| Debtors. | ) APPLICATION TO PAY STUDENT |
| | ) LOAN OBLIGATIONS ON A |
| | ) CONTRACTUAL MONTHLY BASIS |

COME NOW the Debtors, Trever Leonard Siu and Sheila Rao, by and through undersigned counsel Allan D. NewDelman, P.C., and hereby move this Court for an Order permitting the Debtors to pay their student loan obligations on a contractual monthly basis. This Application is supported by the attached Memorandum.

DATED this 20 day of November, 2015

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman
Attorney for Debtors

**MEMORANDUM**

1. Debtors filed their voluntary Chapter 11 case on August 26, 2015.

2. Prior to the following, Debtors were timely making monthly installment payments on two (2) student loans, as follows:

    a. American Education Services, a monthly sum of $1,488.79; and

    b. Kentucky Higher Education Sten Loan Company, a monthly sum of $322.00.

3. The obligation owed to American Education Services is subject to a consigner obligation executed by Lydia Y. Siu, mother of Trever L. Siu. After the filing of the Chapter 11 case, American Education Services contacted Ms. Lydia Y. Siu in regards to the student loan obligation.

4. Debtors wish to remain current on the two (2) student loan obligations and not impose an undue hardship upon family members. The two (2) obligations are not dischargeable and public policy favors the payment of student loan obligations.

5. The payments would be paid from the Debtors' exempt earned income and would be reflected on a revised Schedule J.

WHEREFORE, Debtors respectfully request an Order of this Court permitting the Debtors to continue to make their monthly installment payments to American Education Services and Kentucky Higher Education Student Loan Company.

DATED this 20 day of November, 2015.

    ALLAN D. NEWDELMAN, P.C.

    /s/ Allan D. NewDelman
    Allan D. NewDelman
    Attorney for Debtors

A copy of the foregoing mailed this 20 day of November, 2015, to:

///

2

Case 2:15-bk-10857-MCW    Doc 48    Filed 11/20/15    Entered 11/20/15 08:39:59    Desc
Main Document    Page 2 of 3

Ed Bernatavicius, Esq.
US Trustee's Office
230 N. First Avenue
Suite 204
Phoenix, Arizona 85003

/s/ Carol M. Prieur
Carol M. Prieur
Paralegal